**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1875**

———————

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

AUGUSTA COUNTY COMMONWEALTH'S ATTORNEY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:07-cv-00084-sgw)

———————

Submitted: October 19, 2007      Decided: November 27, 2007

———————

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Paul Turner, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Turner v. Augusta County Commonwealth's Attorney</u>, No. 5:07-cv-00084-sgw (W.D. Va. filed Aug. 9, 2007, entered Aug. 14, 2007; Aug. 24, 2007). We deny Turner's motion to conduct protest event and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>